Raymond H. Royce III
LAW OFFICES OF ROYCE & BRAIN
1407 West 31st Ave., 7th Floor
Anchorage, AK 99503
Phone: 907-258-6792
Fax: 907-278-2919
rroyce@roycebrain.com

Attorneys for Plaintiff C&B Construction, Inc. d/b/a Juneau Electric

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of C&B CONSTRUCTION, INC. d/b/a JUNEAU ELECTRIC,<br><br>    Plaintiff,<br><br>vs.<br><br>K.C. ELECTRICAL CONSTRUCTION, INC. and PHILADELPHIA INDEMNITY INSURANCE CO. BOND NO. PB11772900299,<br><br>    Defendants. | Case No. _____ |

## COMPLAINT

COMES NOW C&B Construction, Inc. d/b/a Juneau Electric ("Juneau Electric"), by and through its counsel of record, the Law Offices of Royce & Brain, and for its Complaint against Defendants K.C. Electrical Construction, Inc. ("K.C.") and Philadelphia Indemnity

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Insurance Company ("Philadelphia Indemnity") Bond No. PB11772900299, hereby states and alleges as follows:

## JURISDICTION AND VENUE

1. Juneau Electric is an Alaska corporation with its principal place of business in Juneau, Alaska. Juneau Electric is in good standing and fully qualified in all ways to maintain this action.

2. Based on information and belief, K.C. is a foreign corporation with its principal place of business in Midlothian, Illinois.

3. Based on information and belief, Philadelphia Indemnity is a foreign corporation authorized to transact surety business and has issued bond No. PB11772900299 to K.C. in accordance with Federal law.

4. The Court has jurisdiction pursuant to 40 U.S.C.S. § 3133(b)(3).

## ALLEGATIONS COMMON TO ALL COUNTS

5. Juneau Electric re-alleges the paragraphs above and further states and alleges as follows:

6. On or about March 2, 2015, K.C. and Juneau Electric entered into a subcontract for Juneau Electric to perform certain electrical work on the Juneau Federal Building alarm system project ("Project").

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 2 of 7

Case 3:16-cv-00266-TMB   Document 1   Filed 11/18/16   Page 2 of 7

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

7. During the course of the electrical work, Juneau Electric encountered problems and troubleshooting costs as a result of faulty components and K.C.'s inability to provide correct Project drawings.

8. K.C. notified Juneau Electric regarding problems encountered in the basement where the Project was being completed. K.C. alleged these problems were due to Juneau Electric's performance.

9. Juneau Electric immediately addressed the issue and sent two electricians to the basement to fix the problem. The electricians both reported that the problem was not caused by Juneau Electric's work on the Project.

10. In compliance with the parties' subcontract, Juneau Electric submitted invoices outlining payment due to it for its work on the Project.

11. K.C. has refused to make payment on three invoices totaling $58,392.84 as of this date and asserts that it will not make any payments until Juneau Electric agrees to sign off on back charges totaling $25,344.96.

12. The invoices provided by Juneau Electric to K.C. reflect the true amount of hours and labor spent on the Project. Any additional unexpected costs were due to K.C.'s failure to provide correct Project documents and were not the fault of Juneau Electric.

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 3 of 7

Case 3:16-cv-00266-TMB   Document 1   Filed 11/18/16   Page 3 of 7

13. Juneau Electric complied with the terms of the parties' subcontract performing its work in a workmanlike manner and is entitled to the payment of the unpaid invoices without being forced to sign off on any back charges.

### COUNT I – MILLER ACT CLAIM

14. Juneau Electric hereby re-alleges the paragraphs above and further states and alleges as follows:

15. All labor, materials, and/or services supplied to K.C. by Juneau Electric for the Project were supplied pursuant to the parties' subcontract.

16. Pursuant to the parties' agreement, Juneau Electric is to receive the "entire unpaid balance of the Subcontract Sum…when the Subcontractor's Work is fully performed in accordance with the requirements of the Subcontract Documents…and the Contractor has received payment from the Owner."

17. Additionally, if the Contractor "does not pay the Subcontractor within seven days after receipt of payment from the Owner, final payment to the Subcontractor shall be made on demand."

18. K.C. has received payment from the Project owner and has failed to pay Juneau Electric within seven days of receiving such payment.

19. Juneau Electric has notified K.C. in writing that it demands payment of the three unpaid invoices. K.C. still has failed to make such payment.

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 4 of 7

Case 3:16-cv-00266-TMB   Document 1   Filed 11/18/16   Page 4 of 7

20. The outstanding balance due and owing to Juneau Electric for labor, materials, and services supplied to the Project totals $58,392.84.

21. Philadelphia Indemnity issued Payment Bond No. PB11772900299 for the benefit of all persons/entities supplying labor and/or materials to the Project pursuant to 40 USC § 3131.

22. Philadelphia Indemnity Bond No. PB11772900299 is liable to Juneau Electric for amounts owed by K.C. on the Project.

## COUNT II – BREACH OF CONTRACT

23. Juneau Electric hereby re-alleges the paragraphs above and further states and alleges as follows:

24. K.C. has failed to make timely payment in accordance with the parties' subcontract to Juneau Electric for the work it has performed on the Project.

25. K.C. failed to provide accurate Project drawings causing Juneau Electric to incur additional costs which it has accurately accounted for.

26. K.C.'s failure to remit timely payment of the unpaid invoices totaling $58,392.84 is a breach of the parties' subcontract, and Juneau Electric is entitled to damages in an amount to be proven at trial.

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 5 of 7

Case 3:16-cv-00266-TMB   Document 1   Filed 11/18/16   Page 5 of 7

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

## COUNT III – UNJUST ENRICHMENT

27. Juneau Electric hereby re-alleges the paragraphs above and further states and alleges as follows:

28. Juneau Electric conferred a benefit upon K.C. through its labor and materials invested in the Project.

29. Juneau Electric's labor and materials were provided in reliance upon the right to payment from K.C. for its services.

30. K.C. has realized a substantial financial benefit as a result of work Juneau Electric completed on the Project.

31. K.C. will be unjustly enriched if it is allowed to withhold payment owed to Juneau Electric for services rendered, and it would be inequitable to allow K.C. to keep such payment.

## REQUEST FOR RELIEF

WHEREFORE, Juneau Electric requests the following relief:

A. For a judgment against Philadelphia Indemnity's Bond No. PB11772900299 to the extent of the amount of the bond available at the time of trial plus costs, interest, and attorney's fees as allowed by law.

B. For a judgment against K.C. and an award of damages, in an amount believed to exceed $58,000.00, the exact amount to be proven at trial.

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 6 of 7

Case 3:16-cv-00266-TMB   Document 1   Filed 11/18/16   Page 6 of 7

C.  For an award of costs, interest, and attorney's fees incurred in bringing and maintaining this action.

D.  For such other and further relief as this Court deems just and equitable.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Plaintiff, C&B Construction, Inc.

DATED: 11-16-16

Raymond H. Royce III, Esq.
1407 West 31st Ave., 7th Floor
Anchorage, AK 99503
Phone: 907-258-6792
Fax: 907-276-2919
E-mail: rroyce@roycebrain.com
Alaska Bar Association No. 8206060

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*C&B Construction, Inc. d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co. Bond No. PB117729002999*
Case No. _____
Page 7 of 7