IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use And benefit of C&B CONSTRUCTION, INC., d/b/a JUNEAU ELECTRIC, <br><br> Plaintiff, <br><br> vs. <br><br> K.C. ELECTRICAL CONSTRUCTION, INC., and PHILIDELPHIA INDEMNITY INSURANCE CO., BOND NO. PB11772900299, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:16-CV-00266-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff C&B Construction, Inc. d/b/a Juneau Electric, by and through its attorneys, Royce & Brain, and defendants, K.C. Electrical Construction, Inc., by and through its attorneys, Dawson Law Group, LLC, and Philadelphia Indemnity Insurance Co., Bond No. PB1177290299, by and through its attorneys, Law Office of Charles G. Evans, and hereby stipulate and agree to the dismissal of this case, with prejudice, with the parties to bear their own costs and fees.

DATED this _13_ day of February 2017.

By: /s/ Wayne G. Dawson
Wayne G. Dawson
AK Bar No. 9511056

Stipulation for Dismissal With Prejudice
*C&B Construction, Inc., d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co., Bond No. PB1177290299.*
Case No. 3:16-cv-00266-TMB
Page 1

DATED this _13_ day of February 2017.

By: /s/ Raymond H. Royce, III
Raymond H. Royce, III
AK Bar No. 8206060

DATED this _13_ day of February 2017.

By: /s/ Corey G. Stewart
Corey G. Stewart
AK Bar No. 1202003

Certificate of Service
The undersigned hereby certifies that on February _14_, 2017, a true and correct copy of the foregoing document was filed through the CM/ECF and that ECF will send a Notice of Electronic Filing to the following:

Raymond H. Royce, III
Law Office of Royce & Brain
1407 West 31st Avenue, 7th Floor
Anchorage, AK 99503

Law Office of Charles G. Evans
165 E. Brunnell Avenue, Suite D
Homer, AK 99603

Wayne G. Dawson
Dawson Law Group, LLC
P.O. Box 244965
Anchorage, AK 99524

Stipulation for Dismissal With Prejudice
*C&B Construction, Inc., d/b/a Juneau Electric v. K.C. Electrical Construction, Inc. and Philadelphia Indemnity Insurance Co., Bond No. PB1177290299.*
Case No. 3:16-cv-00266-TMB
Page 2